1 KENNETH A. FEINSWOG
2 kfeinswog@aol.com
  Bar No. 129562
3 400 Corporate Pointe, Suite 300
4 Culver City, California 90230
  Telephone: (310) 846-5800
5 Facsimile:  (310) 846-5801

6

7 Attorney for Plaintiff

8

9
           **UNITED STATES DISTRICT COURT**
10
              **FOR THE CENTRAL DISTRICT**
11
                    **OF CALIFORNIA**
12

13 --------------------------------------------------------X     **CIVIL ACTION NO.**
   BRAVADO INTERNATIONAL GROUP                                   **11-6267-CAS-R2**
14 MERCHANDISING SERVICES, INC.,

15
                          Plaintiff,                             **STIPULATION FOR**
16                                                               **DISMISSAL WITHOUT**
17            -against-                                          <u>**PREJUDICE**</u>

18

19 ZAZZLE, INC. and VARIOUS JOHN DOES,
20 JANE DOES, AND ABC COMPANIES,

21                        Defendants.
22
   --------------------------------------------------------X
23

24

25

26

27

28

1

1    IT IS HEREBY STIPULATED by and between the attorneys for the parties in the above-referenced action that this action is hereby dismissed without prejudice with each party bearing its own costs and attorneys' fees.

Dated: February 27, 2012     By:     s/Kenneth A. Feinswog
                                                           Kenneth A. Feinswog
                                                           400 Corporate Pointe, Suite 300
                                                           Culver City, CA 90230

                                                           Attorney for Plaintiff

Dated: February 27, 2012     By:     s/John L. Slafsky
                                                           John L. Slafsky
                                                           Wilson Sonsini Goodrich & Rosati
                                                           701 Fifth Avenue, Suite 5100
                                                           Seattle, Washington 98104

                                                           Attorneys for Defendant
                                                           ZAZZLE INC.