KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile:  (310) 846-5801

JS-6

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

---------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.,

                Plaintiff,

              -against-

ZAZZLE, INC. and VARIOUS JOHN
DOES, JANE DOES, AND ABC
COMPANIES,

                Defendants.
---------------------------------------------------------X

CIVIL ACTION NO.
11-6267-CAS (RZx)

**ORDER**
**OF DISMISSAL WITHOUT**
**PREJUDICE**

1

The parties having stipulated to a dismissal of the above-referenced action;

IT IS HEREBY ORDERED THAT the above-referenced action is hereby dismissed without prejudice with each party bearing its own costs and attorneys' fees.

Dated: March 8, 2012

_____
THE HONORABLE CHRISTINA A. SYNDER
United States District Judge